# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Ronald David Edelbrock                                              Bky Case No. 10-42615
Debra Lee Edelbrock                                                 Chapter 7

        Debtors.

## NOTICE OF SETTLEMENT OR COMPROMISE

To: The United States Trustee, all creditors and other parties in interest.

On, **July 21, 2010** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will settle a controversy as follows:

The trustee alleged that the Debtor held scheduled and non scheduled assets in excess of the value of allowable exemptions, and specifically objected to the valuation of Debtor's interest in Benton Trophy. Trustee objected to Debtor's exempt property for exceeding the 11 U.S.C. §522(d)(5) limit. The trustee and debtor have reached an agreement whereby the Debtor has agreed to pay $1,000 to the bankruptcy estate by July 10, 2010 in settlement of all property claims under 11 U.S.C. §522(d)(5) limit.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Trustee |
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 301 U.S. Courthouse | 300 So. 4th St. | |
| 300 So. 4th St. | Minneapolis, MN 55415 | |
| Minneapolis, MN  55415 | | |

Dated:  June 30, 2010                                 /e/ Erik A. Ahlgren
                                                                                    Erik A. Ahlgren, Trustee
                                                                                   220 W Washington Ave, Ste 105
                                                                                   Fergus Falls, MN  56537
                                                                                   218-998-2775
                                                                                   trustee@prtel.com